| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Shawn M. Christianson SBN 114707<br>BUCHALTER LLP<br>425 Market St., Suite 2900<br>San Francisco, CA 94105<br>Telephone No.: (415) 227-0900<br>schristianson@buchalter.com<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>                                  Debtor(s),<br><br>                                  Plaintiff(s),<br>vs.<br><br>                                  Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☒  ADVERSARY NUMBER (if applicable)<br>☒  See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Shawn M. Christianson           114707           schristianson@buchalter.com
   *Name*                          *Bar ID Number*   *E-Mail Address*

☐ am **counsel of record** or
   ☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

☒ am **counsel of record** or
   ☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to  Shawn M. Christianson
New Firm/Government Agency Name  Buchalter LLP
New Address _____
New Telephone Number _____  New Facsimile Number _____
New E-Mail Address _____

---

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☒ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☐ **TO BE TERMINATED FROM THE CASE:**\*\*
  ☐ I am, or
  ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

  **Note:** Attorneys for parties are **never** deleted from a case in order to maintain historical data.

  **CHECK ONE BOX**
  ☐ The order relieving me/the aforementioned attorney from my firm was entered on: _____
  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ☐ I am, or
  ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

  \*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: January 16, 2026                    /s/ Shawn M. Christianson
                                           Signature of Present Attorney
                                           Shawn M. Christianson, Esq.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case No. | Case Title | Chapter / Lead BK case |
|---|---|---|
| 2:18-bk-20151-BB | Verity Health System of California, Inc. | 11 |
| 2:21-bk-19510-NB | LEGEND3D, INC. | 7 |
| 2:22-bk-14675-VZ | Mirabux Inc | 7 |
| 2:22-bk-14858-VZ | Mylife.com Inc. | 7 |
| 2:24-bk-12614-NB | Boisson Inc. | 11 |
| 2:24-bk-20065-DS | Healthy Spot Operating LLC | 11 |
| 2:25-bk-18796-VZ | Breakers Mezz I, LLC | 11 |
| 6:18-bk-11111-RB | Universal Surveillance Systems, LLC | 7 |
| 6:22-bk-14723-RB | Better Nutritionals, LLC | 7 |
| 6:23-bk-10069-SY | Paramount Restyling Automotive Inc. | 7 |
| 8:15-bk-15311-SC | Freedom Communications, Inc. | 11 |
| 8:19-bk-10158-SC | BP Fisher Law Group, LLP | 7 |
| 8:19-bk-10526-SC | LF Runoff 2, LLC | 7 |
| 8:22-bk-10948-SC | TRX Holdco, LLC | 7 |
| 8:23-bk-10571-SC | The Litigation Practice Group P.C. | 11 |
| 8:24-bk-11046-SC | MASHindustries, Inc. | 11 |
| 9:21-bk-10020-RC | Core Scientific North America, Inc. | 7 |
| 9:22-bk-10931-RC | Bucket List Experiences, LLC | 7 |
| 9:25-bk-10915-RC | Outer Aisle Gourmet, LLC | 11 |
| 2:25-ap-01269-WB | Hurwitz v. CORPTEMPS, LLC | Lead BK: 2:23-bk-14154-WB Ittella International LLC |